UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:07-CR-29-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TORRENCE RONZAY JONES | ORDER TO SEAL |

On motion of the Defendant, Torrence Ronzay Jones, and for good cause shown, it is hereby ORDERED that the **[DE 61]** be sealed until further notice by this Court.

IT IS SO ORDER.

This _29_ day of _October_ 2015.

JAMES C. DEVER, III
Chief United States District Judge