UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Torrence Ronzay Jones**　　　　　　　　　　　　　　　**Docket No. 4:07-CR-29-1D**

**Petition for Action on Supervised Release**

COMES NOW Tuell Waters, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Torrence Ronzay Jones, who, upon an earlier plea of guilty to Conspiracy to Distribute a Quantity of Cocaine and a Quantity of Marijuana, in violation of 21 U.S.C. § 846, and Possession With Intent to Distribute a Quantity of Cocaine, More Than 5 Grams of Cocaine Base (Crack), and a Quantity of Marijuana and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(l) and 18 U.S.C. § 2, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on August 21, 2008, to the custody of the Bureau of Prisons for a term of 132 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On November 5, 2015, the court denied the defendant's motion for a sentence reduction under U.S.S.G. § 1B1.10(b)(1) and Amendment 782.

Torrence Ronzay Jones was released from custody on February 1, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On April 18, 2017, the defendant submitted a urine specimen which subsequently tested positive for cocaine. On May 9, 2017, Jones tested positive for cocaine and marijuana. The defendant failed to keep appointments scheduled by the undersigned probation officer in an effort to confront him with the positive drug tests. The court was notified via a Violation Report on May 16, 2017, recommending no action be taken by the court before one final effort was made to confront the defendant. On May 24, 2017, the defendant was confronted and acknowledged his drug use. Jones provided written admission to the aforementioned positive drug screens in addition to using marijuana again between May 9, 2017, and May 24, 2017. Therefore, it is respectfully recommended that the court modify the conditions of supervision to add the DROPS program in the second use level and a 60 day curfew with location monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

2. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

Torrence Ronzay Jones
Docket No. 4:07-CR-29-1D
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ Tuell Waters
Tuell Waters
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2344
Executed On: June 7, 2017

## ORDER OF THE COURT

Considered and ordered this __20__ day of __June__, 2017, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge